Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant GOODIN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MEGAN GOODIN, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:20-mj-00255-EJY |

**STIPULATION TO CONDUCT INITIAL ARRAIGNMENT**
**VIA VIDEOCONFERENCE**

Certification:  This Stipulation and Order is being timely filed.

　　IT IS HEREBY STIPULATED AND AGREED by and between LANCE A. MANINGO, ESQ., of MANINGO LAW, counsel for defendant, MEGAN GOODIN ("GOODIN"), and STEPHANIE N. IHLER, Assistant United States Attorney, Counsel for the United States of America, that GOODIN's initial arraignment be conducted via videoconference.

　　This Stipulation is entered into for the following reasons:

　　1.　　On March 27, 2020, Congress passed the "Coronavirus Aid, Relief, and Economic Security Act" ("CARES Act") authorizing the use of video and telephone conferencing, under certain circumstances and with the consent of the defendant, for various criminal hearings during the course of the COVID-19 emergency. *See* CARES Act, H.R. 748, Public Law No. 116-136

1

2. On March 30, 2020, Temporary General Order 2020-05 was issued to address the COVID-19 pandemic (following Temporary General Orders 2020-02, 2020-03, and 2020-04).

3. In Temporary General Order 2020-05, the Honorable Chief Judge Miranda M. Du, ordered that: "I authorize the use of video conferencing, or telephone conferencing if video conferencing is not reasonably available, for all events listed in Section 15002 of the CARES Act."

4. Sec 15002(b)(2) of the CARES Act includes Initial Arraignments.

5. On April 22, 2020, prior to the Initial Arraignment, counsel for the Defendant spoke to GOODIN, explained the process, and GOODIN consented to participate at her Initial Arraignment via videoconference.

6. On April 28, 2020, GOODIN consented to and participated in her Initial Arraignment via videoconference, without any objection.

RESPECTFULLY SUBMITTED this 29th day of April, 2020.

By:  /s/ Lance Maningo            By:  /s/ Stephanie Ihler
     LANCE A. MANINGO, ESQ.            STEPHANIE IHLER, AUSA
     Attorney for Defendant GOODIN     Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) 2:20-mj-00255-EJY |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MEGAN GOODIN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS THEREFORE ORDERED that consistent with the CARES Act and Temporary General Orders 2020-04 and 2020-5, and with the consent of the Defendant, the Initial Appearance of GOODIN was conducted via videoconference.

DATED this __12th__ day of __May__, 2020.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**MANINGO LAW**

By:   /s/ Lance Maningo
      Lance A. Maningo
      Nevada Bar No. 6405
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant GOODIN