# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff

    v.

MEGAN GOODIN,

       Defendant

Case No. 2:20-cr-00090-CDS-VCF-2

**ORDER**

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, July 3, 2024 at 10:00 a.m., is vacated and continued to July 30, 2024 at 1:00 p.m. in LV Courtroom 6B.

    Dated: July 1, 2024

_____
UNITED STATES DISTRICT JUDGE

3