# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00090-CDS-VCF |
| Plaintiff | **Order Setting Hearing on Defendant's Motion for Early Termination** |
| v. | |
| Megan Goodin, | [ECF No. 147] |
| Defendant | |

Defendant Megan Goodin moves for early termination of supervised release. ECF No. 147. Although the government is not opposed, it notes that Goodin has not made any restitution payments since December 2023. ECF No. 148. To address, and potentially resolve her motion, the parties must appear for a hearing on March 13, 2025, at 10:30 a.m. in LV Courtroom 6B.

Dated: March 3, 2025

_____
Cristina D. Silva
United States District Judge